IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARVA WATKINS, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:11-cv-0126-MEF |
| ) | WO |
| KID ONE TRANSPORT, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #47) to the Recommendation of the Magistrate Judge filed on July 2, 2012 are overruled;

2. The Recommendation of the Magistrate Judge (Doc. #46) entered on June 21, 2012 is adopted;

3. The motion for summary judgment (Doc. #34) filed by Kid One is GRANTED; plaintiff's motion for summary judgment (Doc. #39) is DENIED; judgment will be entered in favor of Kid One on all claims in plaintiff's complaint; and the complaint is DISMISSED with prejudice.

DONE this the 25th day of July, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE